The People of the State of Illinois, Plaintiff-Appellee, *v.* Albert B. Logan, Defendant-Appellant.

(No. 60770; )

First District (3rd Division)—May 15, 1975.

PER CURIAM.

Paul Bradley and Eva Weisner, both of State Appellate Defender's Office, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago (Laurence J. Bolon and Michael E. Shabat, Assistant State's Attorneys, of counsel), for the People.